May Term,
1860.

JOHNSON
v.
VUTRICK.

*J. A. Lewis*, for the appellee.

———————

JOHNSON and Another *v.* VUTRICK.

Friday,
June 1.

APPEAL from the *Montgomery* Circuit Court.

*Per Curiam.*— *Vutrick* sued *Johnson* and *Johnson*, *Truax* and *Truax*, *Conkhite* and *Conkhite*, *Custis* and *Custis*, and others, for a trespass upon his person. Judgment by default, except as to *Johnson* and *Johnson*, and assessment of damages—continuance as to the *Johnsons*. At a subsequent term, the *Johnsons* appeared, and a trial was had, which resulted in a verdict against them. No exceptions were taken in the progress of the cause. A motion was made for a new trial, which was overruled. It is now urged that the judgment in this case was erroneously entered upon the verdict against the *Johnsons*, because of the previous judgment against the co-defendants of the *Johnsons*. Under the former system of practice, perhaps, such an objection would have been available. See *Allen* v. *Wheatley*, 3 Blackf. 332. But in this case, the objection

was not raised below.  See 2 Hilliard on Torts, p. 459.   May Term,
It was not a ground for a new trial.  Ind. Pr., pp. 300, 308,   1860.
No motion in arrest was made.  See 2 Pet. Abr. 385.   REILLEY
And it is now too late, under the present practice, to raise   v.
the point for the first time in this Court, even if it might   THE STATE.
have availed had it been made below.  But it is doubtful
if, under the new system of practice, the objection would
have been valid in the Circuit Court.  Ind. Pr., p. 354 to
357.—*Douglass et al.* v. *Howland,* 11 Ind. R. 554.

The judgment is affirmed with 3 per cent. damages and
costs.

*B. F. Gregory, J. E. McDonald,* and *R. A. Chandler,*
for the appellants.

*D. W. Voorhees* and *S. C. Willson,* for the appellee.